**NOT FOR PUBLICATION**

OCT 17 2012

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AMARJEET SINGH, | No. 10-73724 |
| Petitioner, | Agency No. A078-364-618 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 9, 2012**

Before:    RAWLINSON, MURGUIA, and WATFORD, Circuit Judges.

Amarjeet Singh, a native and citizen of India, petitions for review of the

Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's decision denying his motion to reopen. We have jurisdiction

under 8 U.S.C. § 1252. We review de novo constitutional claims, *Vasquez-Zavala*

---

  *      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

  **     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

*v. Ashcroft*, 324 F.3d 1105, 1107 (9th Cir. 2003), and we deny the petition for review.

Singh's contention that the BIA violated his right to due process by failing to provide him with a transcript of proceedings fails because he did not demonstrate prejudice. *See Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir. 2000) (requiring prejudice for a petitioner to prevail on a due process claim).

Singh has waived any further challenge to the agency's denial of his motion to reopen based on ineffective assistance of counsel. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996).

**PETITION FOR REVIEW DENIED.**